**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **HERBERT SOILEAU** | * | **CIVIL ACTION NO. 3:22-CV-000096** |
| | * | |
| | * | |
| **VERSUS** | * | **JUDGE: JOHN W. DEGRAVELLES** |
| | * | |
| **PROGRESSIVE PROPERTY** | * | |
| **INSURANCE COMPANY** | * | **MAG. JUDGE: RICHARD L.** |
| | * | **BOURGEOIS, JR.** |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Joint Motion to Dismiss with Prejudice:

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the claims of Plaintiff,

Herbert Soileau, against Defendant, Progressive Property Insurance Company, and the entire case,

be dismissed, with prejudice, each party to bear their own costs.

Baton Rouge, Louisiana, this 15th date of December , 2022.

_____
**JUDGE JOHN W. DEGRAVELLES**